IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **PIPER A. ROUNTREE** | ) |
| | ) Case No. 7:11CV00572 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| | ) |
| **HAROLD CLARK, ET AL.,** | ) By: Robert S. Ballou |
| | ) United States Magistrate Judge |
| Defendant(s). | ) |
| | ) |

Plaintiff has now paid the full $350.00 filing fee. Accordingly, it is now **ORDERED** that plaintiff's motion for continuance (ECF No. 9), seeking additional time to provide the court with financial information related to collection of the filing fee, is **DISMISSED** as moot, and her motion for appointment of counsel (ECF No. 5) is **DENIED**, as she has not demonstrated her indigency as required and as she has not demonstrated exceptional circumstances warranting appointment of counsel in a civil action at this time. See Gordon v. Leeke, 574 F.2d 1147, 1173 (4th Cir. 1978); Cook v. Bounds, 518 F.2d 779 (4th Cir. 1975). Only under exceptional circumstances does the court request an attorney to represent an indigent, civil plaintiff who has a colorable claim, but lacks the capacity to present herself, and plaintiff has made no such showing.

The Clerk is directed to send a copy of this order to plaintiff and to counsel of record for defendants.

Entered :January 3, 2012

/s/ *Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge