CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PIPER ROUNTREE,<br>    Plaintiff, | Civil Action No. 7:11CV00572 |
| v. | **ORDER** |
| HAROLD CLARK, et al.,<br>    Defendants. | By: Hon. Glen E. Conrad<br>Chief United States District Judge |

For the foregoing reasons, and consistent with the accompanying memorandum opinion, the court hereby ORDERS as follows:

1. The report and recommendation of Magistrate Judge Ballou is ADOPTED IN PART and REJECTED IN PART;

2. Defendant Baskerville's motion for summary judgment is GRANTED IN PART and DENIED IN PART;

3. Plaintiff's claims are either DISMISSED WITHOUT PREJUDICE for failure to exhaust or DISMISSSED WITH PREJUDICE for failure to state a claim, with the exception of the following four claims: a) her legal mail was signed for and rejected without her knowledge on January 23, 2011; b) Defendant Horn improperly confiscated religious books from her in early 2011; c) she was denied access to a book she ordered in January 2011; and d) claims under the First Amendment and RLUIPA based on not being permitted to stand on her prayer rug during count times, which she first complained about in December 2011; and

4. Plaintiff is directed to file a Supplement to her Second Amended Complaint not later than thirty days after entry of this Order. The Supplement must comply in all respects with the requirements set forth in the accompanying memorandum opinion.

The Clerk is directed to provide copies of this Order and the accompanying memorandum opinion to all counsel of record and to Ms. Rountree.

ENTERED this 30th day of September, 2014.

                                                /s/ Glen E. Conrad
                                                Chief United States District Judge