CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

MAR 26 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PIPER A. ROUNTREE, | ) | CASE NO. 7:11CV00572 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| HAROLD CLARKE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1.  For lack of cause shown, plaintiff's motion to reconsider (ECF No. 122) is **DENIED**;

2.  Defendant's motion for summary judgment as supplemented (ECF Nos. 99 & 114) is **GRANTED** as to plaintiff's remaining federal claims, and plaintiff's motion for permanent injunction (ECF No. 123) is **DISMISSED** as moot;

3.  All state law claims are **DISMISSED** without prejudice;

4.  Plaintiff's request for an award of fees and costs is **DENIED**; and

5.  The clerk will strike this case from the active docket of the court.

ENTER: This 26th day of March, 2015.

Chief United States District Judge